UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS VAZQUEZ-DIAZ,<br><br>      Plaintiff,<br><br>-against-<br><br>JOHN DOE WARDEN OF MCC/NY,<br><br>      Defendants. | 22-CV-3332 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued April 26, 2022, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number 22-CV-3315. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: April 26, 2022
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge